ROMIG v. JEFFERSON-PILOT LIFE INS. CO.

No. 218A99

Case below: 132 N.C.App. 682

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 August 1999. Motion by plaintiff to dismiss appeal allowed 19 August 1999 in part to dismiss defendant's appeal of right on the basis of a substantial constitutional question.

SIMMONS v. MILLER

No. 293P99

Case below: 133 N.C.App. 348

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. ADAMS

No. 210P99

Case below: 132 N.C.App. 819

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. ARRINGTON

No. 168P99

Case below: 132 N.C.App. 586

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.